
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2-4-2-, 09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES M. SMITH, JR., ET AL | : | |
| VERSUS | : | CIVIL ACTION NO. CV08-01554 |
| RONNIE STELLY, ET AL | : | JUDGE HAIK, MAG. METHVIN |

## CONSENT JUDGMENT

By agreement of counsel and considering the **Motion to Strike Penalty, Punitive, and Exemplary Damages** previously filed on behalf of OFFICER PATRICK HARDY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE VILLAGE OF MAURICE [Court Doc. #13];

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Motion to Strike Penalty, Punitive, and Exemplary Damages** filed on behalf of OFFICER PATRICK HARDY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE VILLAGE OF MAURICE be and it is hereby GRANTED IN PART, as there is no Louisiana state statute that allows for the recovery of punitive or exemplary damages in this matter, and that pursuant to *City of Newport v. Fact Concerts, Inc.*, 101 S.Ct. 2748 (1981), punitive damages cannot be recovered from OFFICER PATRICK HARDY, IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE VILLAGE OF MAURICE, and that Plaintiffs' claims against OFFICER PATRICK HARDY, IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE VILLAGE OF MAURICE for punitive damages be stricken from the record of these proceedings. Otherwise, defendant's motion is DENIED, insofar as plaintiffs may be able to

recover penalty, punitive or exemplary damages against OFFICER PATRICK HARDY INDIVIDUALLY, should plaintiffs ultimately prevail on their federal law claims under 42 U.S.C.A. §1983, or other federal law claims allowing such damages. Mr. John H. Pucheu, Mr. Freeman Matthews and/or Mr. Timothy Richardson, and Mr. G. Edward Williams, Jr. have given Mr. John F. Wilkes, III the authority to submit this proposed Consent Judgment with their electronic signature.

THUS DONE AND SIGNED this 29 day of January, 2009, at Lafayette, Louisiana.

_____
JUDGE

**SUBMITTED BY:**

BORNE & WILKES, L.L.P.

BY: _____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #1644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
LANA G. DUHON (Bar Roll #29263)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 224
Facsimile: (337) 232-1837
E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR OFFICER PATRICK HARDY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE VILLAGE OF MAURICE

**APPROVED:**

Pucheu, Pucheu & Robinson
P.O. Box 1109
Eunice, Louisiana 70535-1109
Telephone (337) 457-9075

BY: s/John H. Pucheu
    John H. Pucheu (Bar Roll #10805)
    Counsel for James M. Smith, Jr. and
    Angelique Smith, individually and on
    behalf of their minor child, Grant Smith


Usry, Weeks & Matthews
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone (504) 592-4600

BY: s/Timothy Richardson
    Timothy Richardson (Bar Roll# 27625)
    Counsel for Michael Couvillion, Sheriff of Vermilion Parish,
    Ronnie Stelly, Michael Dunn and Eric Hollier


Rabalais Williams, L.L.C.
P.O. Box 54024
Lafayette, Louisiana 70505-4024
Telephone (337) 289-6555

BY: s/G. Edward Williams, Jr.
    G. Edward Williams, Jr. (Bar Roll #23975)
    Counsel for Sheriff Michael W. Neustrom, individually
    and in his official capacity as Sheriff of Lafayette Parish and
    Deputy Betsy M. Leonard, individually and in her official
    capacity as Deputy for Lafayette Parish Sheriff